■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER SABIN, Appellant. [703 NYS2d 413] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of driving while intoxicated as a felony (Vehicle and Traffic Law § 1192 [3]; § 1193 [1] [c]). We reject defendant's contention that County Court's *Sandoval* ruling constituted an abuse of discretion (*see, People v Gray,* 84 NY2d 709, 712). The verdict is supported by legally sufficient evidence and is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). Contrary to defendant's further contention, there was no *Payton* violation. The officer did not arrest defendant inside the house, nor did he conduct a search therein (*see, People v Minley,* 68 NY2d 952, 953; *People v Williams,* 159 AD2d 743; *People v Anderson,*

146 AD2d 638, 639-640, *lv denied* 74 NY2d 660). We have considered the remaining contentions raised by defendant in his *pro se* supplemental brief and conclude that they lack merit. (Appeal from Judgment of Ontario County Court, Harvey, J.— Felony Driving While Intoxicated.) Present—Green, A. P. J., Hayes, Wisner and Balio, JJ.